# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Anthony Tart,

        Plaintiff,                                 JUDGMENT IN A CIVIL CASE

vs.                                                   3:09-cv-485-GCM

FNU Little, etc., et al.,

        Defendants.

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 16, 2009 Order.

                                                           FRANK G. JOHNS, CLERK

November 16, 2009

                                                     BY:  s/Wendy Brinley
                                                              Wendy Brinley, Deputy Clerk